## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| BOBBY W. GLOVER, | : No. 83 MAL 2015 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| v. | : |
| | : |
| UNEMPLOYMENT COMPENSATION BOARD OF REVIEW (EASTON COACH COMPANY), | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 4th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.